## Commonwealth *v.* Watson, Appellant.

Argued June 14, 1966. *Vincent J. Ziccardi,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Joseph M. Smith,* Assistant District Attorney, with him *Martin A. Heckscher,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

MONTGOMERY, J., would remand for resentencing before Honorable OTTO ROBINSON, the trial judge.

JACOBS and HOFFMAN, JJ., absent.